**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FORREST KENDRID,<br><br>  Plaintiff,<br><br>  v.<br><br>KARANDEEP SINGH,<br><br>  Defendant. | No. 2:19-CV-1944-JAM-DMC<br><br><br>ORDER |

Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 8, 2020, the Court granted plaintiff's request to proceed in forma pauperis and directed monthly payments be made from plaintiff's prison account. See ECF No. 13. However, following the January 8, 2020 order, the Court recognized it had made a clerical error in referring to plaintiff as a "prisoner" instead of a "civil detainee." See ECF No. 17. Since plaintiff is not in fact a prisoner, the related provisions of the Prison Litigation Reform Act (PLRA) are inapplicable, and plaintiff is not required to make monthly payments. See 28 U.S.C. § 1915; also Page v. Torrey, 201 F.3d 1136, 1138-40 (9th Cir. 2000). Additionally, the Court notes that plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security therefor.

/ / /

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Court's January 8, 2020, order directing monthly payments from plaintiff's
3  prison account (ECF No. 13) shall be vacated;

4  2. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 11) is
5  nonetheless granted;

6  3. Plaintiff's motions for reconsideration (ECF Nos. 18 and 19) of the Court's
7  January 8, 2020, order are denied as moot.

10  Dated:  July 21, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE