**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FORREST KENDRID, | No. 2:19-CV-1944-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KARANDEEP SINGH, | |
| Defendant. | |

Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion (ECF No. 21) for refund of partial filing fees paid pursuant to the Court's January 8, 2020, order which has been vacated.

On January 8, 2019, the Court granted plaintiff's motion for leave to proceed in forma pauperis. That order directed prison officials, pursuant to the Prison Litigation Reform Act (PLRA), to forward monthly payments to the Court until the filing fee was paid in full. On July 21, 2020, the Court vacated the January 8, 2019, order as having been issued in error because pretrial detainees are not subject to the fee payment provisions of the PLRA. See Page v. Torrey, 201 F.3d 1136, 1138-40 (9th Cir. 2000). Given the foregoing, the Court finds it appropriate to direct that any partial payments made to the Court pursuant to the January 8, 2019, order be refunded to plaintiff's prison trust account. A review of the Court's financial records reflects that to date $143.00 has been paid to the Court. This amount will be refunded.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 21) for a refund of partial filing fees paid is granted;

2. The Court orders that $143.00 be refunded to plaintiff's prison trust account; and

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department.

Dated:  August 10, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE