IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2:19-CV-1944-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| KARANDEEP SINGH, | |
| Defendant. | |

Plaintiff, a civil detainee proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 29, for default judgment. To the extent Plaintiff is seeking a default judgment, his motion is premature because Plaintiff has not requested nor obtained entry of default by the Clerk of the Court. See Fed. R. Civ. P. 55. To the extent Plaintiff seeks entry of default, the Court declines to direct the Clerk of the Court to enter Defendant's default because Defendant has timely answered Plaintiff's complaint. See ECF No. 30. By separate order, the Court will set an initial schedule for this litigation.

IT IS SO ORDERED.

Dated: October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1